1  JOHN LAVRA, CSB No. 114533
   JERI PAPPONE, CSB No. 210104
2  Longyear, O'Dea and Lavra, LLP
   3620 American River Drive, Suite 230
3  Sacramento, Ca. 95864
   Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendants

**UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| EDWARD OLVERA, CARLA DE ROSE, Individually and as Guardian Ad Litem for AND-O, CD-O, SD-O, AGD-O, GD-O, RD-O, minor children, SUSAN MORRISON, KELLY MEIS<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF SACRAMENTO, JEANINE LOPEZ, FERMINE PEREZ, JENNIFER CULLIVAN, BRYAN JONES, ROBIN ROGERS, KEEVA PIERCE, VERONICA CARILLO, STEPHANIE LYNCH, LYNN FRANK, SOLLA, LAURA COULTHARD And Does 1 through 20,<br><br>Defendants. | Case No.   2:10-cv-00550-WBS-KJM<br><br>**STIPULATION REGARDING DISCOVERY AND PROTECTION OF DOCUMENTS AND DISCOVERY REGARDING MINOR PLAINTIFFS; ORDER** |

THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AS FOLLOWS:

This litigation involves several minor plaintiffs. RD-O is the natural child of Plaintiffs Olvera and DeRose, and the remaining minor plaintiffs have been adopted by Plaintiffs Olvera and DeRose, either previously or subsequent to the events complained of in Plaintiffs' complaint. In order to represent all parties in this litigation, the access to and potential disclosure of documents and the contents thereof pertaining to the minor plaintiffs will be required by all parties and their counsel.

Pursuant to California Welfare & Institutions Code § 827, those entitled to access to Juvenile Court documents, Child Protective Services (CPS) case files and adoption files, as

**Longyear, O'Dea and Lavra**
3620 American River Drive, Suite 230,
Sacramento, Ca. 95864
Telephone: (916) 974-8500 Facsimile 974- 8510

1  maintained by the custodial public entities and agencies, is limited to the legal parents, counsel
2  for the child(ren) and/or parents, the agency employees assigned and authorized to have access
3  to the case files, and counsel for the entity/agency.  The disclosure of the documents and
4  contents thereof is limited for the protection of the minors.
5       Plaintiffs have possession of certain Juvenile Court documents, adoption agency
6  documents and Child Protective Services documents pertaining to the minor plaintiffs and this
7  litigation.  Counsel for the County of Sacramento by and through the authorized employees has
8  obtained from Child Protective Services, copies of the minor Plaintiff's CPS case files.  In order
9  to share the documentation already in possession of the parties, and to access, obtain and
10 disclose additional documentation and information necessary in the litigation of Plaintiffs'
11 complaint and which may be protected pursuant to California Welfare & Institutions Code § 827,
12 the parties agree to maintain the confidentiality of the minor Plaintiffs by redaction and/or the
13 use initials only for identification.  Any documentation filed with the court in connection with
14 this litigation will be so protected.

15     IT IS SO STIPULATED:
16 Dated: September 21, 2010     LONGYEAR, O'DEA AND LAVRA, LLP

17                               */s/ Jeri L. Pappone*
                         By: _____
18                           JOHN LAVRA,
                          JERI PAPPONE
19                           Attorneys for Defendants

20 Dated: September 21, 2010     LAW OFFICES OF ROBERT R. POWELL

21                               */s/ Robert R. Powell*
                         By: _____
22                           ROBERT R. POWELL
                          Attorneys for Plaintiffs
23

24 IT IS SO ORDERED:

25 DATED: September 29, 2010.

26

27 _____
                          U.S. MAGISTRATE JUDGE
28