JOHN LAVRA, CSB No. 114533
JERI PAPPONE, CSB No. 210104
AMY B. LINDSEY-DOYLE, CSB No. 242205
LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants

ROBERT R. POWELL, CSB No. 159747
DENNIS R. INGOLS, CSB No. 236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, CA 95126

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD OLVERA, CARLA DE ROSE, Individually and as Guardian Ad Litem for AND-O, CD-O, SD-O, AGD-O, GD-O, RD-O, minor children, SUSAN MORRISON, KELLY MEIS<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF SACRAMENTO, JEANINE LOPEZ, FERMINE PEREZ, JENNIFER CULLIVAN, BRYAN JONES, ROBIN ROGERS, KEEVA PIERCE, VERONICA CARILLO, STEPHANIE LYNCH, LYNN FRANK, SOLLA, LAURA COULTHARD And Does 1 through 20,<br><br>Defendants. | Case No. **2:10-cv-00550-WBS-KJM**<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER** |

**ALL PARTIES**, by and through their respective counsel, hereby stipulate and request that the court order a modification of the current Status (Pretrial Scheduling) Order. Defendants filed their Answers in this case on July 9, 2010.

/ / /

Good cause exists for the modification in that parties have not been permitted to conduct nearly any discovery due to the constraints caused by the state family court. The parties have been seeking the disclosure of the Juvenile records from the family court since January of 2010. A hearing was held on November 16, 2010 where said requests were granted pursuant to the following: 1) said records will be provided by the Department of Child Protective Services to the Court, who will make all appropriate redactions as deemed necessary, 2) records will not be provided to the parties until redactions have been made by the Court, 3) the Department nor the Court has an estimated time for delivery of the records, nor can provide a guarantee that said records will be provided before the instant discovery deadlines of January, 2011, and 4) the Court does not anticipate that it will be able to redact and produce the records to the parties by before the holidays.  Until said records are received and reviewed the parties are unable to engage in meaningful discovery or other litigation mechanisms such as filing dispositive motions or settlement negotiations.

THEREFORE, the Parties agree and stipulate to move each and every deadline out 90 days. The new deadlines are reflected as follows:

| | | |
|---|---|---|
| 1. | Initial Discovery Completed | May 29, 2011 |
| 2. | Phase II Discovery Completed | October 1, 2011 |
| 3. | Last date for hearings in Law and Motion | December 15, 2011 |
| 4. | Plaintiffs' Pre-Trial Statement | February 3, 2012 |
| 5. | Defendants' Pre-Trial Statement | February 10, 2012 |
| 6. | Pre-Trial Conference | **February 21, 2012 at 2:00 p.m.** |
| 7. | Trial | **March 20, 2012 at 9:00 a.m.** |

**SO STIPULATED:**

Dated:  November 30, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Modify Scheduling Order;
[Proposed] Order
Page 2

**Longyear, O'Dea and Lavra**
3620 American River Drive, Suite 230,
Sacramento, Ca. 95864
Telephone: (916) 974-8500 Facsimile 974- 8510

1
2
3  Dated: November 24, 2010     LAW OFFICES OF ROBERT POWELL
                                SHEPARD & HAVEN
4
                                By:    /s/ ROBERT POWELL
5                                      ROBERT POWELL
                                       RON HAVEN
6                                      DENNIS INGOLLS
                                       Attorneys for Defendants
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28