**ROBERT R. POWELL, ESQ.  CSB#159747**
**DENNIS R. INGOLS, ESQ.     CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

**RON R. HAVEN, ESQ. CSB#61448**
**SHEPARD & HAVEN**
3600 American River Dr. #100
Sacramento, Ca. 95864
T: (916) 487-4897 F: (916) 487-9291
E: ronhaven@shepard-haven.com

Attorneys for Plaintiffs

DISTRICT COURT FOR THE EASTERN DISTRICT CALIFORNIA

[SACRAMENTO]

| | |
|---|---|
| EDWARD OLVERA, et al., ) | Case No. 2:10−CV−00550−WBS GGH |
| ) | (Temp) |
| Plaintiffs, ) | |
| vs. ) | ORDER OF THE COURT |
| ) | RE: CONTINUED DISCOVERY |
| COUNTY OF SACRAMENTO, et al., ) | CUT-OFF DATES |
| ) | |
| Defendants. ) | |

On April 21st, 2011, the parties submitted a stipulation requesting the continuance of certain discovery cut-off dates, orders on dates for expert information exchanges and discovery, and orders pertaining to the numbers of depositions the parties could take in discovery.  Upon review of the Stipulation, and good cause appearing, the court hereby orders as follows:

[Proposed] Order Re: Discovery Cut-Off Dates
Olvera v. County of Sacramento, et al.
(Case No. 2:10−CV−00550−WBS−KJM)

1

1. There will be no limit on the number of depositions that each side may take, without waiving any party's right to object to a deposition as provided by the FRCP.

2. The currently scheduled two separate phases of non-expert discovery are combined so to allow discovery as to both liability and *Monell* issues to proceed concurrently, with all non-expert discovery to be completed on or before October 1, 2011.

3. Expert witness discovery shall proceed as follows:

**Plaintiffs' Expert Disclosure:   August 1, 2011**

**Defendants' Expert Disclosure:    August 25, 2011**

**Rebuttal Expert Disclosure:   September 21, 2011**

**Expert Discovery Cut Off:   November 11, 2011**

4. All other dates remain as set forth in the court's prior scheduling orders, including the last date for dispositive motions, pre-trial conference, and trial.

IT IS SO ORDERED.

Date: April 25, 2011                               /s/ Gregory G. Hollows
                                                   _____
                                                   U.S. MAGISTRATE JUDGE