1

**ROBERT R. POWELL, ESQ.  CSB#159747**
**DENNIS R. INGOLS, ESQ.      CSB#236458**

2

**BRETT O. TERRY, ESQ.        CSB#270694**
**LAW OFFICES OF ROBERT R. POWELL**

3

925 West Hedding Street
San José, California  95126

4

T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

5

6

**RON R. HAVEN, ESQ. CSB#61448**
**SHEPARD & HAVEN**

7

3600 American River Dr. #100
Sacramento, Ca. 95864

8

T: (916) 487-4897 F: (916) 487-9291
E: ronhaven@shepard-haven.com

9

10

Attorneys for Plaintiffs

11

DISTRICT COURT FOR THE EASTERN DISTRICT CALIFORNIA

12

[SACRAMENTO]

13

14

EDWARD OLVERA, et al.,                    )      Case No. 2:10−CV−00550−WBS−KJM
                                          )

15

                     Plaintiffs,          )      STIPULATION FOR LEAVE TO FILE
vs.                                       )      SECOND AMENDED COMPLAINT;
                                          )      [~~PROPOSED~~] ORDER

16

COUNTY OF SACRAMENTO,                     )

17

et al.,                                   )
                                          )

18

                     Defendants.          )
                                          )

19

20

21

   The parties hereto, by and through their respective counsel, do hereby stipulate and agree,

22

based on the following recitals, as requested hereinbelow:

23

   Plaintiff filed the First Amended Complaint on April 27, 2010.  The minor COD-O, a named

24

Plaintiff in the initial Complaint filed on March 4, 2010, was omitted from the First Amended

25

Complaint due to a typographical error involving the minor's initials and the initials of

1

Stipulation and [Proposed] Order for Leave to File
Second Amended Complaint
Olvera v. County of Sacramento, et al.
(Case No. 2:10−CV−00550−WBS−KJM)

another minor Plaintiff.  Plaintiffs wish to correct this, and a few other minor typographical

errors by way of filing an amended complaint.

The parties therefore stipulate and agree as follows and ask this court to order the same:

1.  The Second Amended Complaint, the proposed form of which is attached hereto as

    Exhibit A, may be filed. Service by the ECF system is deemed sufficient service for all

    purposes on all defendants already answering or having already waived service of

    summons.

2.  All Answers previously filed by defendants may serve as defendants' Answer to the

    Second Amended Complaint.  However, any defendant may file an Answer to the

    Second Amended Complaint within 10 court days of the filing of said Second

    Amended Complaint.

3.  All Waivers of Service of Summons by defendants shall serve as said defendant's

    Waiver of Service of Summons to the Second Amended Complaint.


IT IS SO STIPULATED


__/s/_____ 6/22/2011              ___/s/_____ 6/22/2011
 Mark O'Dea Esq.                              Robert R. Powell
Attorney for Defendants                      Attorney for Plaintiffs


IT IS SO ORDERED

DATED:  June 30, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Stipulation and [Proposed] Order for Leave to File
Second Amended Complaint
Olvera v. County of Sacramento, et al.
(Case No. 2:10−CV−00550−WBS−KJM)