**ROBERT R. POWELL, ESQ.  CSB#159747**
**DENNIS R. INGOLS, ESQ.     CSB#236458**
**BRETT O. TERRY, ESQ.        CSB#270694**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

**RON R. HAVEN, ESQ. CSB#61448**
**SHEPARD & HAVEN**
3600 American River Dr. #100
Sacramento, Ca. 95864
T: (916) 487-4897 F: (916) 487-9291
E: ronhaven@shepard-haven.com

Attorneys for Plaintiffs

DISTRICT COURT FOR THE EASTERN DISTRICT CALIFORNIA

SACRAMENTO

| | |
|---|---|
| EDWARD OLVERA, et al., | Case No. 2:10−CV−00550−WBS−CKD |
| Plaintiffs, | |
| vs. | ORDER OF THE COURT |
| | RE: MENTAL HEALTH RECORDS |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On August 19, 2011, the parties submitted a stipulation requesting a protective order for records to be produced by various mental health providers pursuant to subpoena.  Upon review of the stipulation, and good cause appearing, the court hereby orders as follows:

The documents requested are confidential and that confidentiality must be maintained throughout the proceedings in the above-captioned action.  The parties are concerned with protecting the confidentiality of all parties to the above-captioned matter as well as those who may not be parties to the above-captioned action.  Therefore, only records pertaining to

Order re: Mental Health Records
Olvera v. County of Sacramento, et al.
(Case No. 2:10−CV−00550−WBS−KJM)

1

plaintiffs in this case shall be produced.  Further, at the mental health provider's discretion, all names of persons who are not parties to this action shall be redacted before the documents are produced.

This order applies to Plaintiffs' attorneys, Defendants' attorneys, the parties to this action, and anyone else receiving said documents from either side in the above-captioned action for the purpose of preparing for the prosecution or defense of the case.

A copy of this stipulation will be provided to anyone receiving copies of these documents for the purpose of preparing for the prosecution or defense of the case.

These documents may not be copied or in any other way disseminated to any person who is not a party or attorney of record to the above-captioned proceeding, unless retained by a party or attorney of record for the purpose of preparing for the prosecution or defense of the case.

The parties request that any judge presiding over any applicable hearing or trial will determine the admissibility of these documents.  If these documents are submitted in a court/administrative hearing or used as exhibits, requests to seal shall be made in accordance with the Local Rules.

All documents distributed to the parties in the above-captioned action pursuant to subpoena shall be kept in a confidential file/envelope with a copy of this stipulation attached to the outside of the file/envelope.  Further, at the conclusion of the litigation, all documents distributed, including all originals and copies, shall be returned to the attorney of the party

/////

/////

Order re: Mental Health Records
Olvera v. County of Sacramento, et al.
(Case No. 2:10−CV−00550−WBS−KJM)

2

1  who authorized the release of documents with a declaration that all electronic copies have

2  been destroyed.

3     IT IS SO ORDERED.

4

5  Dated: August 22, 2011

6  _____
   CAROLYN K. DELANEY
7  UNITED STATES MAGISTRATE JUDGE