**ROBERT R. POWELL, ESQ.  CSB#159747**
**DENNIS R. INGOLS, ESQ.     CSB#236458**
**BRETT O. TERRY, ESQ.       CSB#270694**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

**RON R. HAVEN, ESQ. CSB#61448**
**SHEPARD & HAVEN**
3600 American River Dr. #100
Sacramento, Ca. 95864
T: (916) 487-4897 F: (916) 487-9291
E: ronhaven@shepard-haven.com

Attorneys for Plaintiffs

DISTRICT COURT FOR THE EASTERN DISTRICT CALIFORNIA

SACRAMENTO

| | |
|---|---|
| EDWARD OLVERA, et al., | Case No. 2:10−CV−00550−WBS−CKD |
| Plaintiffs, | |
| vs. | ORDER OF THE COURT |
| | RE: DISCOVERY OF MENTAL HEALTH |
| COUNTY OF SACRAMENTO, et al., | RECORDS FROM DR. ANTHONY |
| | URQUIZA PhD. AND DR. BLAKE |
| Defendants. | CARMICHAEL PhD. |

On August 31th, 2011, the parties submitted a stipulation requesting certain orders

allowing them to obtain medical files and records and related documentation from Anthony

Urquiza PhD., and Blake D. Carmichael PhD., as the files / documents pertain to some

juvenile dependency matters related to plaintiffs' claims in this matter.  Upon review of the

Stipulation, and good cause appearing, the court hereby orders as follows:

1.  Blake D. Carmichael PhD., and/or the U.C. Davis Children's Hospital of Sacramento, and Anthony J. Urquiza PhD., and/or the U.C. Davis Medical Center, shall make available all documents, writings, correspondence of any kind (eg. reports, work orders, referral letters, e-mails, letters, notes, memos, etc…) received from or sent to Jeanine Lopez or any employee of the County of Sacramento's Department of Health and Human Resources, that are related or pertain in any fashion to the work and/or services performed in any of the juvenile dependency matters aforesaid, in the manner set forth herein below.

2.  This Order also requires that any documents reviewed, or used by the doctors, including medical abstracts or articles reviewed or used in preparation of the reports issued to Jeanine Lopez or any other employee of the County of Sacramento's Department of Health and Human Resources which remain in either the doctors' possession or in any medical file used to store the information pertaining to their engagement in the juvenile dependency matters aforesaid, also be produced in the manner set forth in this Order.

3.  If, within 10 days of service of this Order, the receiving party has any objection to the provisions of this Order, he/she/they shall contact plaintiffs' counsel in writing of any opposition, whereupon plaintiffs' counsel will promptly advise defendants' counsel, and thereafter file and serve whatever pleadings either plaintiffs or defendants desire to file to place this matter for hearing with the magistrate assigned to this matter.

4.  If no opposition is received within the 10 days of service, counsel for plaintiffs, upon agreement with defendants' counsel on a third party copy company to perform the copying of the documents, shall contact the offices of Dr. Urquiza and Dr. Carmichael and/or U.C. Davis Medical Center and Children's Hospital and make arrangements for the copying of the files and imaging of same in PDF format.

5.  Plaintiffs' counsel shall provide payment initially to the third party copy company selected, and defendants' counsel shall reimburse plaintiffs' counsel one-half of the amount necessary to provide both plaintiffs and defendants with a copy of the files/documents copied.

6.  All documents copied are subject to the previously filed protective order in this matter. (Docket #51, filed 8/22/11).

**IT IS SO ORDERED.**

Dated: September 2, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE