**ROBERT R. POWELL, ESQ.   CSB#159747**
**DENNIS R. INGOLS, ESQ.    CSB#236458**
**BRETT O. TERRY, ESQ.      CSB#270694**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

**RON R. HAVEN, ESQ. CSB#61448**
**SHEPARD & HAVEN**
3600 American River Dr. #100
Sacramento, Ca. 95864
T: (916) 487-4897 F: (916) 487-9291
E: ronhaven@shepard-haven.com

Attorneys for Plaintiffs

DISTRICT COURT FOR THE EASTERN DISTRICT CALIFORNIA

[SACRAMENTO]

| | |
|---|---|
| EDWARD OLVERA, et al.,          ) | Case No. 2:10−CV−00550−WBS−CKD |
|                                 ) | |
|         Plaintiffs,             ) | |
| vs.                             ) | ORDER OF THE COURT |
|                                 ) | RE: REDACTION OF MINORS' NAMES |
| COUNTY OF SACRAMENTO, et al.,   ) | FROM DOCUMENT 56-3 |
|                                 ) | |
|         Defendants.             ) | |

    On November 16, 2011, the parties submitted a stipulation requesting the names of three minor Plaintiffs be redacted from Document 56-3, which was electronically filed by Plaintiffs on November 03, 2011 as an attachment to Document 56.  Upon review of the stipulation, and good cause appearing, the court hereby orders as follows:

    The names of the three minor Plaintiffs, located on page 3 of Document 56-3, lines 24 and 25 shall be redacted by the Court.

1

[Proposed] Order re: Redaction of Minors' Names
Olvera v. County of Sacramento, et al.
(Case No. 2:10−CV−00550−WBS−CKD)

1     Document 56-3, "Exhibit B", shall be replaced with the redacted version of "Exhibit B"

2 that was attached to the Stipulation submitted on November 16, 2011.

3

4

  IT IS SO ORDERED.

5

6

  Date:  November 18, 2011

7

8

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[Proposed] Order re: Redaction of Minors' Names
Olvera v. County of Sacramento, et al.
(Case No. 2:10−CV−00550−WBS−CKD)