**ROBERT R. POWELL, ESQ.  CSB#159747**
**DENNIS R. INGOLS, ESQ.     CSB#236458**
**BRETT O. TERRY, ESQ.       CSB#270694**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

**RON R. HAVEN, ESQ. CSB#61448**
**SHEPARD & HAVEN**
3600 American River Dr. #100
Sacramento, Ca. 95864
T: (916) 487-4897 F: (916) 487-9291
E: ronhaven@shepard-haven.com

Attorneys for Plaintiffs

DISTRICT COURT FOR THE EASTERN DISTRICT CALIFORNIA

[SACRAMENTO]

| | | |
|---|---|---|
| EDWARD OLVERA, et al., | ) | Case No. 2:10−CV−00550−WBS−CKD |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | ORDER OF THE COURT |
| | ) | RE: MODIFICATION OF SCHEDULING |
| COUNTY OF SACRAMENTO, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

On December 6, 2011, the parties submitted a stipulation requesting modification of the current scheduling order.  Upon review of the Stipulation, and good cause appearing, the court hereby orders as follows:

1.  Non-expert discovery shall be completed on or before May 14, 2012

2.  That expert witness discovery proceed as follows:

    Plaintiffs' Expert Disclosure: April 11, 2012

    Defendants Expert Disclosure: May 7, 2012

1

[Proposed] Order Re: Modification of Scheduling
Order
Olvera v. County of Sacramento, et al.
(Case No. 2:10−CV−00550−WBS−CKD)

Rebuttal Expert Disclosure: June 1, 2012

Expert Discovery Cut Off: July 23, 2012

3. Dispositive Motion Deadline: September 11, 2012

4. Pretrial Conference: **November 26, 2012 at 2:00 p.m.**

5. Jury Trial: **January 23, 2013 at 9:00 a.m**. and continuing for 14 court days

IT IS SO ORDERED.

Date: December 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order Re: Modification of Scheduling
Order
Olvera v. County of Sacramento, et al.
(Case No. 2:10−CV−00550−WBS−CKD)