IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD OLVERA,

    Plaintiff,                    No. CIV S-10-550 WBS CKD

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                <u>ORDER</u>

_____/

    The parties have submitted the joint statement regarding the pending discovery dispute. Referenced therein is Ex. E: SAC 000528. Exhibit E, submitted in support of the motion, does not contain a document with the referenced bate stamp number.

    Accordingly, IT IS HEREBY ORDERED that no later than December 9, 2011, plaintiff shall submit said document to the court.

Dated: December 8, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
olvera.exhE

1