```
Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616

Attorneys for Defendants TRACI LEE, LISA TRAVIS,
SCOTT FERA AND CHRISTOPHE GUILLON
```
**PUBLIC ENTITY EMPLOYEES-FILING FEES WAIVED**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| EDWARDO OLVERA, CARLA DE ROSE, Individually and as Guardian Ad Litem for AND-O, CHD-O, COD-O SD-O, AGD-O, DR-O, RD-O, a minor children, SUSAN MORRISON, KELLY MEIS, Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, JEANINE LOPEZ, FERMINE PEREZ, JENNIFER CULLIVAN, BRYAN JONES, ROBIN ROGERS, KEEVA PIERCE, VERONICA CARILLO, STEPHANIE LYNCH, LYNN FRANK, SOLLA, LAURA COULTHARD, And Does 1-20, Defendants. | **Case No. 2:10-CV-00550-WBS-CKD**<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br><br><br><br>**Action filed: 3/4/2010**<br>**Third Amended Complaint:**<br>**12/16/11** |

It is hereby stipulated and agreed by all parties, Defendants COUNTY OF SACRAMENTO, JEANINE LOPEZ, FERMINE PEREZ, JENNIFER CULLIVAN, BRYAN JONES, ROBIN ROGERS, KEEVA PIERCE, VERONICA CARILLO, STEPHANIE LYNCH, LYYN FRANK, CLAUDIA SOLLA, LAURA COULTHARD, EVA SCHRAGE, KIM PEARSON, MELINDA LAKE, FRED DeMARTIN, JONI EDISON, WENDY CHRISTIAN, PATTI GILBERT-DRIGGS, DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHILD PROTECTIVE

SERVICES, and Defendants TRACI LEE, LISA TRAVIS, SCOTT FERA AND CHRISTOPHE GUILLON, and Plaintiffs EDWARD OLVERA, CARLA DE ROSE, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR AND-O, CHDD-O, COD-O, SD-O, AGD-O, GD-O, RD-O, MINOR CHILDREN, SUSAN MORRISON, KELLY MEIS, that the ORDER OF THE COURT REGARDING MODIFICATION OF SCHEDULING ORDER be modified as follows so that everything gets continued 90 days:

1.   Non-expert discovery set for May 14, 2012 be continued to August 14, 2012;

2.   Plaintiff's Expert Disclosure date set for April 11, 2012 be continued to July 11, 2012;

3.   Defendants Expert Disclosure date set for May 7, 2012 be continued to August 7, 2012;

4.   Rebuttal Expert Disclosure set for June 1, 2012 be continued to September 4, 2012;

5.   Expert Discovery Cut Off set for July 23, 2012 be continued to October 23, 2012;

6.   Dispositive Motion Deadline set for September 11, 2012 be continued to December 11, 2012;

7.   Pretrial Conference scheduled for November 26, 2012 at 2:00 p.m. be continued to **February 19, 2013 at 2:00 p.m.**

8.   Jury Trial scheduled for January 23, 2013 at 9:00 a.m. be continued to **April 23, 2013 at 9:00 a.m.**

There is good cause for this continuance pursuant to Fed. R. Civ. P. 16(b)(4) in that plaintiffs filed a motion to amend the second amended complaint to add thirteen (13) additional defendants which was granted on December 5, 2011. Some of these new defendants SACRAMENTO DEPUTY COUNTY COUNSEL TRACI LEE, LISA TRAVIS, SCOTT FERA AND CHRISTOPHE GUILLON were assigned new counsel Carol A. Wieckowski of EVANS, WIECKOWSKI, AND WARD, LLP, to represent them in this case. Ms. Wieckowski is diligently seeking this modification. She was just assigned as counsel on March 28, 2012 and needs more time to complete non expert discovery and to obtain experts. She just received a copy of the voluminous file on April 3, 2012 and it is extensive in terms of discovery (24 depositions have been taken to date) and needs more time to determine what discovery is to be completed on behalf of her clients and retain experts. There also has been substantial written discovery requests and numerous documents to review. All parties have agreed to this continuance.

Date: April 9, 2012                EVANS WIECKOWSKI & WARD, LLP

                                   By: /s/ Cathleen J. Fralick
                                       Cathleen J. Fralick
                                       Attorneys for Defendants
                                       TRACI LEE, LISA TRAVIS,
                                       SCOTT FERA AND
                                       CHRISTOPHE GUILLON

Date: April 9, 2012                LONGYEAR, O'DEA & LAVRA, LLP

```
                                By:  /s/ Mark O'DEA
                                     Attorneys for Defendants
                                     COUNTY OF SACRAMENTO,
                                     JEANINE LOPEZ, FERMINE PEREZ,
                                     JENNIFER CULLIVAN, BRYAN
                                     JONES, ROBIN ROGERS, KEEVA
                                     PIERCE, VERONICA CARILLO,
                                     STEPHANIE LYNCH, LYYN FRANK,
                                     SOLLA, LAURA COULTHARD
                                     EVA SCHRAGE, KIM PEARSON,
                                     MELINDA LAKE, FRED DeMARTIN,
                                     JONI EDISON, WENDY CHRISTIAN,
                                     PATTI GILBERT-DRIGGS,
                                     DEPARTMENT OF HEALTH AND
                                     HUMAN SERVICES, CHILD
                                     PROTECTIVE SERVICES

Date: April 9, 2012             LAW OFFICES OF ROBERT R. POWELL


                                By:  /s/  Robert R. Powell
                                     Robert R. Powell
                                     Attorney for Plaintiffs
                                     EDWARD OLVERA, CARLA DE ROSE,
                                     INDIVIDUALLY AND AS GUARDIAN
                                     AD LITEM FOR AND-O, CHDD-O,
                                     COD-O, SD-O, AGD-O, GD-O,
                                     RD-O, MINOR CHILDREN, SUSAN
                                     MORRISON, KELLY MEIS
```

IT IS SO ORDERED.

DATE: April 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**DECLARATION OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within-entitled case. I am an employee of EVANS, WIECKOWSKI & WARD, LLP, and my business address is 745 University Avenue, Sacramento, California 95825.

On this date, I e-filed/served the following document:
**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

**XXX** Electronic Mail with the clerk of the court using the CM/ECF system and forthcoming notification of such filing, as well as electronic mail to wbsorders@caed.uscourts.gov

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed at Sacramento, California, on **April 9, 2012.**

　　　　　　　　　　　　　　　　　/s/ E. Lani Pang
　　　　　　　　　　　　　　　　　E. Lani Pang