**ROBERT R. POWELL, ESQ.  CSB#159747**
**DENNIS R. INGOLS, ESQ.     CSB#236458**
**BRETT O. TERRY, ESQ.        CSB#270694**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

**RON R. HAVEN, ESQ. CSB#61448**
**SHEPARD & HAVEN**
3600 American River Dr. #100
Sacramento, Ca. 95864
T: (916) 487-4897 F: (916) 487-9291
E: ronhaven@shepard-haven.com

Attorneys for Plaintiffs

DISTRICT COURT FOR THE EASTERN DISTRICT CALIFORNIA

[SACRAMENTO]

| | |
|---|---|
| EDWARD OLVERA, et al., | Case No. 2:10−CV−00550−WBS−CKD |
| Plaintiffs, | [~~PROPOSED~~] |
| vs. | ORDER OF THE COURT |
| | RE: MODIFICATION OF SCHEDULING |
| COUNTY OF SACRAMENTO, et al., | ORDER |
| Defendants. | |

On August 13, 2012, the parties submitted a stipulation requesting modification of the current scheduling order.  Upon review of the Stipulation, and good cause appearing, the court hereby orders as follows:

//

//

//

1

1. Non-expert discovery, including any discovery related motions, shall be completed on or before October 23, 2012.

IT IS SO ORDERED.

Date: August 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

[Proposed] Order Re: Modification of Scheduling Order
Olvera v. County of Sacramento, et al.
(Case No. 2:10−CV−00550−WBS−CKD)