Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616

Attorneys for Defendants LISA TRAVIS,
AND CHRISTOPHE GUILLON
**PUBLIC ENTITY EMPLOYEES-FILING FEES WAIVED**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| EDWARDO OLVERA, CARLA DE ROSE, Individually and as Guardian Ad Litem for AND-O, CHD-O, COD-O SD-O, AGD-O, DR-O, RD-O, a minor children, SUSAN MORRISON, KELLY MEIS, Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, JEANINE LOPEZ, FERMINE PEREZ, JENNIFER CULLIVAN, BRYAN JONES, ROBIN ROGERS, KEEVA PIERCE, VERONICA CARILLO, STEPHANIE LYNCH, LYNN FRANK, SOLLA, LAURA COULTHARD, And Does 1-20, Defendants. | Case No. 2:10-CV-00550-WBS-CKD<br><br>**Order Regarding Defendants Lisa Travis And Christophe Guillon's Motion To File Documents Under Seal In Connection With Joint Statement, Plaintiff's Motion To Compel Production Of Documents And Further Deposition Testimony And Defendants' Opposition Thereto**<br><br>**Date:  9/26/2012**<br>**Time: 10:00 a.m.**<br>**Courtroom: 26**<br>**Magistrate: Carolyn K. Delaney** |

This matter having come before the Court upon the motion of Defendants Lisa Travis and Christophe Guillon, and good cause showing for filing under seal the documents filed herewith, IT IS HEREBY ORDERED as follows:

1.      Exhibits "A" through "K" and Exhibits "1" through "13" attached to the Declaration of Carol A. Wieckowski in support of Motion to Seal which will be submitted in connection with the Joint Statement, Plaintiffs' Motion to Compel and Defendants' Opposition shall be filed with the Court under seal.

**Order Motion To Seal Documents - 1**

2.      Any members of the public who desire access to the records sealed in connection with this Order, may bring an application to challenge the Order.

**Dated:**     9/24/2012

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE