IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD OLVERA, et al.,

      Plaintiffs,                  No. 2:10-cv-0550 WBS CKD

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.               <u>ORDER</u>

        Plaintiffs' motion to compel production of documents and further deposition[1] came on regularly for hearing September 26, 2012. Robert Powell appeared for plaintiffs. Carol Wieckowski appeared for the County Counsel defendants. Mark O'Dea appeared for the remaining defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

/////

---

[1] Discovery cut-off in this matter is currently set for October 23, 2012. Dkt. no. 106. Counsel for the County Counsel defendants represented at the hearing that the missing pages from Exhibit D (comprising two e-mails from defendant Guillon) do not exist but that she would cooperate in the setting of the deposition of the person most knowledgeable regarding the retention and retrieval of e-mail communications.

1. No later than October 3, 2012, defendants shall submit, for in camera review, the documents identified in the privilege log (Exh. B). The documents shall be Bates stamped, in the sequence corresponding to the privilege log, and submitted directly to the chambers of the undersigned.

2. Plaintiff's motion shall stand submitted pending the in camera review.

Dated: September 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 olvera2-0550.oah