IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD OLVERA, et al.,

      Plaintiffs,                  No. 2:10-cv-0550 WBS CKD

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiffs' motion to compel production of documents and further deposition is pending before the court. Defendants have now submitted documents for <u>in camera</u> review pursuant to the order filed September 26, 2012. Upon review of the documents in support and opposition, upon <u>in camera</u> review of the submitted documents, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Documents Bates stamped nos. 003-015 and 017-027 comprise delivered service logs and chronos of Jeannine Lopez. The claims of attorney-client privilege and attorney work product are overruled as to these documents and shall be produced no later than October

1

10, 2012.[1]  The remaining documents submitted for in camera review need not be produced.

      2.  Considering all of the circumstances presented on the motion, it appears further deposition of defendants Guillon and Travis is not warranted.  The motion to compel further deposition (dkt. no. 107) is denied.

Dated: October 4, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 olvera2-0550.icr

---

[1] It appears that defendants' prior production of delivered service logs may have been incomplete.  See, e.g., Defendants' Exh. 7.