1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWARD OLVERA, et al.,

11            Plaintiffs,                    No. 2:10-cv-0550 WBS CKD

12       vs.

13   COUNTY OF SACRAMENTO, et al.,

14            Defendants.                    ORDER

15   _____/

16            Plaintiffs' motion to compel production of documents and further deposition is

17   pending before the court.  Defendants have now submitted documents for in camera review

18   pursuant to the order filed September 26, 2012.  Upon review of the documents in support and

19   opposition, upon in camera review of the submitted documents, and good cause appearing

20   therefor, THE COURT ORDERS AS FOLLOWS:

21            1.  Documents Bates stamped nos. 003-015 and 017-027 comprise delivered

22   service logs and chronos of Jeannine Lopez.  The claims of attorney-client privilege and attorney

23   work product are overruled as to these documents and shall be produced no later than October

24

25

26

1    10, 2012.[1]  The remaining documents submitted for <u>in camera</u> review need not be produced.

2          2.  Considering all of the circumstances presented on the motion, it appears

3    further deposition of defendants Guillon and Travis is not warranted.  The motion to compel

4    further deposition (dkt. no. 107) is denied.

5     Dated: October 4, 2012

6

7    CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

8

9

10   4 olvera2-0550.icr

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26          [1]  It appears that defendants' prior production of delivered service logs may have been
     incomplete.  <u>See, e.g.</u>, Defendants' Exh. 7.