IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD OLVERA, et al.,

        Plaintiffs,                    No. 2:10-cv-0550 WBS CKD

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Defendants' motion to modify the scheduling order was referred to the undersigned. Dkt. no. 120. Discovery in this matter was to have been completed by October 23, 2012. Dkt. nos. 100, 106. Plaintiff CHD-O is unavailable for deposition due to his current psychological and emotional condition. Defendants seek modification of the discovery cut-off for the limited purpose of having a motion to compel mental IME of plaintiff CHD-O resolved by the court, and if granted, to have the IME conducted on December 7, 2012. Trial in this matter is currently set for April 23, 2013.

        Defendants' motion to modify the scheduling order is currently set for hearing on December 5, 2012. Because the expert is available to conduct the IME on December 7, 2012, it appears that an expedited resolution of this matter is appropriate. Accordingly, IT IS HEREBY ORDERED that:

1

1. The hearing date of December 5, 2012 on defendants' motion to modify the scheduling order is vacated.

2. Opposition, if any, to defendants' motion to modify the scheduling order and any opposition to defendants' motion to compel mental IME of plaintff CHD-O shall be filed no later than November 13, 2012.

3. Reply, if any, shall be filed no later than November 15, 2012.

4. Both matters shall thereafter stand submitted.

Dated: November 5, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
olvera0550.expfb