IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD OLVERA, et al.,

      Plaintiffs,                  No. 2:10-cv-0550 WBS CKD

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Defendants' motion to modify the scheduling order and defendants' motion to compel mental IME of plaintff CHD-O are pending before the court. Upon review of the briefing in support and opposition, and good cause appearing, THE COURT FINDS AND ORDERS AS FOLLOWS:

      1. Defendants have shown good cause to modify the scheduling order. Defendants' motion (dkt. no. 121) is granted.

      2. Defendants' motion to compel mental IME of plaintff CHD-O is granted. Said mental examination shall take place on December 7, 2012 at the office of Dr. Scott. Whether the parents, or any other third party, are present for any portion of the examination will be determined by Dr. Scott. The examination shall be videotaped and a copy of the videotape

/////

1  provided to plaintiffs' counsel no later than December 12, 2012.  A live video feed need not be
2  made.
3     3.  No later than December 28, 2012, defendants may disclose Dr. Scott as an
4  expert and plaintiffs may disclose Drs. Clopton and Diamond as experts.  The written reports
5  required under Federal Rule of Civil Procedure 26(a)(2)(B) shall be provided at the time of
6  disclosure.
7     4.  The parties shall make their respective experts available for deposition no later
8  than January 25, 2013.

 Dated: November 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
olvera0550.ime