ROBERT R. POWELL (SBN 159747)
BRETT O. TERRY (SBN 270694)
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street, San Jose, CA 95126
T: 408/553-0200 F: 408/553-0203

RON R. HAVEN (SBN 61448)
SHEPARD & HAVEN
3600 American River Dr, Suite 100
Sacramento, CA 95684
T: 916/487-4897 F: 916/487-9291
Attorneys for Plaintiffs
EDWARD OLVERA, CARLA DE ROSE, Individually and as Guardian Ad
Litem for AND-O, CHD-O, COD-O SD-O, AGD-O, DR-O, RD-O, minor children,
SUSAN MORRISON, KELLY MEIS

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD OLVERA, CARLA DE ROSE, Individually and as Guardian Ad Litem for AND-O, CHD-O, COD-O SD-O, AGD-O, DR-O, RD-O, a minor children, SUSAN MORRISON, KELLY MEIS, Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, JEANINE LOPEZ, FERMINE PEREZ, JENNIFER CULLIVAN, BRYAN JONES, ROBIN ROGERS, KEEVA PIERCE, VERONICA CARILLO, STEPHANIE LYNCH, LYNN FRANK, SOLLA, LAURA COULTHARD, And Does 1-20, Defendants. | **Case No. 2:10-CV-00550-WBS-CKD**<br><br>**STIPULATION AND ORDER FOR ENTRY OF DISMISSAL BETWEEN PLAINTIFFS AND DEFENDANTS TRACI LEE AND SCOTT FERA**<br><br><br><br><br><br><br>**Trial: April 23, 2013** |

    Plaintiffs EDWARD OLVERA, CARLA DE ROSE, Individually and as Guardian Ad

Litem for AND-O, CHD-O, COD-O SD-O, AGD-O, DR-O, RD-O, a minor children, SUSAN

MORRISON, KELLY MEIS and Defendants hereby stipulate pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1) that Plaintiffs will voluntarily dismiss with prejudice Defendants Traci

Lee and Scott Fera from this action.

So stipulated:

**Dated: December 4, 2012**                    LAW OFFICES OF ROBERT R. POWELL


                                               By: /s/ Robert Powell
                                                  Robert P. Powell (SBN 159747)
                                                  Attorney for Plaintiffs

**Dated: December 7, 2012**                    SHEPARD & HAVEN


                                               By: /s/ Ron R. Haven
                                                  Ron R. Haven (SBN 61448)
                                                  Attorney for Plaintiffs

**Dated: December 7, 2012**                    LONGYEAR, O'DEA & LAVRA, LLP


                                               By: /s/ Mark O'Dea
                                                  Mark O'Dea (SBN 186061)
                                                  Attorney for Defendants
                                                  COUNTY OF SACRAMENTO,
                                                  JEANINE LOPEZ, FERMINE PEREZ,
                                                  JENNIFER CULLIVAN, BRYAN JONES,
                                                  ROBIN ROGERS, KEEVA PIERCE,
                                                  VERONICA CARILLO, STEPHANIE
                                                  LYNCH, LYNN FRANK, SOLLA, and
                                                  LAURA COULTHARD; EVA SCHRAGE

**Dated: December 7, 2012**                    EVANS WIECKOWSKI & WARD, LLP


                                               By: /s/Carol A. Wieckowski
                                                  Carol A. Wieckowski (SBN95586)
                                                  Cathleen J. Fralick (SBN146378)
                                                  Attorneys for Defendants
                                                  TRACI LEE, LISA TRAVIS,
                                                  SCOTT FERA AND
                                                  CHRISTOPHE GUILLON

IT IS SO ORDERED:

Dated:  December 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE