IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD OLVERA, et al.,

    Plaintiffs,     No. 2:10-cv-0550 WBS CKD

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.     <u>ORDER</u>

_____/

      Plaintiff's motion to modify the scheduling order has been noticed for hearing on February 6, 2013. The final pretrial conference is currently set for February 19, 2013 and trial is set for April 23, 2013. Defendants have noticed for hearing on January 28, 2013 a motion for summary judgment.

      By order filed November 16, 2012, the scheduling order was modified so as to allow defendants to have their retained expert, Dr. Scott, conduct an IME of plaintiff CHD-O. Defendants were allowed to disclose Dr. Scott no later than December 28, 2012 and pursuant to plaintiffs' request, plaintiffs were also allowed late disclosure of treating physicians Drs. Clopton and Diamond as retained experts. It now appears that before making that request, plaintiffs' counsel had not ascertained whether the treating physicians were willing to serve as retained experts and has now discovered that they will not so serve. Plaintiffs now seek modification of

1

1 | the scheduling order so that they may disclose Dr. Federici, previously disclosed as plaintiffs'
2 | retained expert, to provide an expert opinion with respect to the videotaped IME of plaintiff
3 | CHD-O and Dr. Scott's report.  Plaintiff asserts Dr. Federici's additional report can be provided
4 | no later than January 17, 2013.
5 |   Given the procedural posture of this case, it appears expedited briefing is
6 | appropriate.  Accordingly, IT IS HEREBY ORDERED that:
7 |   1. The hearing date of February 6, 2013 on plaintiffs' motion to modify the
8 | scheduling order is vacated.
9 |   2. Opposition, if any, to plaintiffs' motion to modify the scheduling order shall be
10 | filed no later than January 10, 2013.
11 |   3. Reply, if any, shall be filed no later than January 14, 2013.
12 |   4. The matter shall thereafter stand submitted.

Dated: January 4, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
olvera0550.expfb2