ROBERT R. POWELL, ESQ.   CSB# 159747
DENNIS R. INGOLS, ESQ.   CSB# 236458
BRETT O. TERRY, ESQ.     CSB# 270694
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

RONALD R. HAVEN, ESQ. CSB# 61448
SHEPARD & HAVEN LLP
3600 American River Drive, Suite 120
Sacramento, California 95864
(916) 487-4897 Telephone
(916) 487-9291 Facsimile
E: ronhaven@shepard-haven.com

Attorneys for Plaintiffs

| | |
|---|---|
| EDWARD OLVERA, et al., | Case No. 2:10−CV−00550 WBS−CKD |
| Plaintiffs, | [~~PROPOSED~~] ORDER RE: EXTENSION FOR SUMMARY JUDGMENT RELATED FILINGS AND CONTINUANCES OF UPCOMING HEARINGS, PRE-TRIAL, AND TRIAL |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On January 9, 2013, the parties submitted a stipulation requesting modification of the current scheduling order. Upon review of the Stipulation, and good cause appearing, the court hereby orders as follows:

//

//

//

1. Plaintiffs Opposition to the currently pending Motions for Summary Judgment (Dockets #127 & 128) shall be filed on or before January 21st, 2013, and any Reply by Defendants shall be filed on or before February 4th, 2013.

2. The hearing on the Motions for Summary Judgment currently scheduled is continued to **February 25th, 2013 at 2:00 p.m**.

3. The Pretrial Conference date of 2/29/13 is continued to **April 15, 2013 at 2:00 p.m.**

4. The trial date of 4/23/2013 is continued to **June 25, 2013 at 9:00 a.m.**

IT IS SO ORDERED.

Date: January 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order Re: Extensions and Continuances    2
Olvera v. County of Sacramento, et al.
(Case No. 2:10−CV−00550−WBS−CKD)