IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD OLVERA, et al.,

     Plaintiffs,                No. 2:10-cv-0550 WBS CKD

  vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.           ORDER

_____/

     Plaintiffs' motion to modify the scheduling order is pending before the court. Upon review of the briefing in support and opposition, and good cause appearing, THE COURT FINDS AND ORDERS AS FOLLOWS:

     1. Plaintiffs have shown good cause to modify the scheduling order. Plaintiffs' motion (dkt. no. 135) is granted.

     2. No later than February 15, 2013, plaintiffs may redesignate Dr. Federici as an expert who will opine on Dr. Scott's IME and report. Dr. Federici's additional report shall be provided at the time of redesignation.

/////

/////

/////

1

3. Plaintiffs shall make Dr. Federici available for deposition no later than March 8, 2013. Said deposition may be conducted by videoconference. In light of the availability of videoconferencing, the court declines to order payment of travel expenses.

Dated: January 22, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
olvera0550.red