1

2

ROBERT R. POWELL, ESQ.    CSB# 159747
DENNIS R. INGOLS, ESQ.     CSB# 236458
BRETT O. TERRY, ESQ.        CSB# 270694
LAW OFFICES OF ROBERT R. POWELL

3

4

925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile

5

E: rpowell@rrpassociates.com

6

RONALD R. HAVEN, ESQ. CSB# 61448
SHEPARD & HAVEN LLP

7

3600 American River Drive, Suite 120
Sacramento, California 95864

8

(916) 487-4897 Telephone
(916) 487-9291 Facsimile

9

E: ronhaven@shepard-haven.com

10

Attorneys for Plaintiffs

11

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

(SACRAMENTO)

14

EDWARD OLVERA, et al.,                          Case No. CV10−00550 WBS (CKD)

15

                    Plaintiffs,

16

vs.                                                           ORDER SCHEDULING TELEPHONE
                                                                 CONFERENCE

17

COUNTY OF SACRAMENTO, et al.,

18

                    Defendants.

19

        Based on the Stipulation Of The Parties Re: Request For Telephonic Conference submitted

20

May 1st, 2014, and good cause appearing therefore, the court orders as follows:

21

1.        A telephone conference is scheduled for May 5, 2014 at **2:15 p.m**.

22

2.        The courtroom deputy shall email counsel with instructions on how to participate in the

23

24

telephone conference call.

25

_____

1

**IT IS SO ORDERED**.

2
Dated:  May 1, 2014

WILLIAM B. SHUBB
3
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25