ROBERT R. POWELL, ESQ.    CSB# 159747
DENNIS R. INGOLS, ESQ.     CSB# 236458
BRETT O. TERRY, ESQ.       CSB# 270694
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

RONALD R. HAVEN, ESQ. CSB# 61448
SHEPARD & HAVEN LLP
3600 American River Drive, Suite 120
Sacramento, California 95864
(916) 487-4897 Telephone
(916) 487-9291 Facsimile
E: ronhaven@shepard-haven.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

[Sacramento]

| | |
|---|---|
| EDWARD OLVERA, et al., | Case No. CV10−00550 WBS (CKD) |
| Plaintiffs, | |
| vs. | ORDER APPROVING AMENDED EX-PARTE PETITION FOR MINORS' COMPROMISE |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiffs herein, by and through their counsel, submitted an Amended Ex-Parte Application for Court Approval of Minors' Compromise of Claims ("Petition") on May 16, 2014, pertaining to a settlement that Plaintiffs had reached with the County of Sacramento and all employee-defendants of said entity.

//

[Proposed] Order Approving Amended Ex-Parte
Petition for Minors' Compromise
Olvera v. County of Sacramento, et al.
Case No. CV10−00550 WBS (CKD)

1

Upon review of the file and consideration of the Petition, the Declaration of Plaintiffs' counsel and supporting documentation submitted therewith, and the opposition and/or non-opposition of any Defendant provided to the Court prior to the making of this Order, the Court does hereby find and order as follows:

GOOD CAUSE APPEARING,

1. The minors' claims against the Defendant County of Sacramento, and the individually-named employee-defendants of said entity, as compromised pursuant to the terms of the Settlement Agreement and General Release (as described in the Petition), the periodic payment schedule (Exhibits A through D to the Amended Petition, and to the Declaration of Robert R. Powell, redacted to protect the minors' privacy), and the Non-Qualified Assignment and Release (as described in Exhibit E to the Declaration of Robert R. Powell), is approved.

2. Defendants shall fund an annuity for the benefit of Plaintiff CHD-O as set forth in Exhibit A to the Amended Petition.

3. Defendants shall fund an annuity for the benefit of Plaintiff AND-O as set forth in Exhibit B to the Amended Petition.

4. Defendants shall fund an annuity for the benefit of Plaintiff COD-O as set forth in Exhibit C to the Amended Petition.

5. Defendants shall fund an annuity for the benefit of Plaintiff SD-O as set forth in Exhibit D to the Amended Petition.

6. The Court approves of the assignment of payment obligations set forth in Exhibit E to the Amended Petition.

//

[Proposed] Order Approving Amended Ex-Parte
Petition for Minors' Compromise
Olvera v. County of Sacramento, et al.
Case No. CV10−00550 WBS (CKD)

2

7. Defendants shall issue checks to fund the aforementioned annuities pursuant to instructions from Plaintiffs' counsel's structured settlement company, Ringler Associates, to ensure proper, timely funding of said annuities.

8. Defendants shall deliver all other consideration (i.e. $488,030.68 [$600,000 less $66,969.32 for CHD-O less $15,000 for SD-O less $15,000 COD-O less $15,000 for AND-O]) to the Law Offices of Robert Powell, Attorney Trust Account.

9. Plaintiffs GD-O and ANGD-O shall each receive $15,000.00, to be deposited into a blocked account in a federally-insured financial institution, such that the funds can only be withdrawn with an order of this court until said Plaintiff reaches age 18.

10. Plaintiff RD-O, having reached the age of majority, shall receive her portion of $15,000 immediately.

11. Once such funds have been received by The Law Offices of Robert Powell, deposited, and all funds have cleared, The Law Offices of Robert Powell shall, within 5 business days, make the deposits into blocked accounts set forth hereinabove at paragraph 8 for the benefit of Plaintiffs ANG-O and GD-O, and issue a check to RD-O as set forth hereinabove at paragraph 9.

12. The Court approves the distribution of attorneys' fees and costs to Plaintiffs' counsel as set forth in the Amended Petition and supporting documents.

13. Plaintiffs' counsel may attach the fully-executed, <u>non-redacted</u> Settlement Documents, when obtained, to this Order for purposes of submitting same to Liberty Life Assurance Company of Boston and/or BARCO Assignments Ltd.

//

//

[Proposed] Order Approving Amended Ex-Parte
Petition for Minors' Compromise
Olvera v. County of Sacramento, et al.
Case No. CV10−00550 WBS (CKD)

3

14. The Court approves of the dismissal of all claims, of all Plaintiffs, as against Defendants County of Sacramento and the individually-named employee-defendants, and all employees of said entities, with prejudice. Plaintiffs' counsel shall submit such dismissal promptly after the annuity/annuities set forth in the settlement documents have been funded, and all other due consideration has been received by Plaintiffs' counsel. The Jury Trial date of June 24, 2014 is vacated.

**IT IS SO ORDERED**

Dated: May 19, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order Approving Amended Ex-Parte
Petition for Minors' Compromise
Olvera v. County of Sacramento, et al.
Case No. CV10−00550 WBS (CKD)

4