ROBERT R. POWELL, ESQ.    CSB# 159747
DENNIS R. INGOLS, ESQ.     CSB# 236458
BRETT O. TERRY, ESQ.        CSB# 270694
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

RONALD R. HAVEN, ESQ. CSB# 61448
SHEPARD & HAVEN LLP
3600 American River Drive, Suite 120
Sacramento, California 95864
(916) 487-4897 Telephone
(916) 487-9291 Facsimile
E: ronhaven@shepard-haven.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

[Sacramento]

| | |
|---|---|
| EDWARD OLVERA, et al., | Case No. CV10−00550 WBS (CKD) |
| Plaintiffs, | |
| vs. | ORDER GRANTING STIPULATION FOR DISMISSAL |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

    Based on the stipulation of the parties submitted July 15, 2014, and good cause

appearing therefore, the court hereby adopts the following stipulation of the parties and

makes same the order of this court:

//

1. Plaintiffs' claims against Defendants COUNTY OF SACRAMENTO, JEANNINE LOPEZ, ROBIN ROGERS, CLAUDIA SOLLA, EVA SCHRAGE, WENDY CHRISTIAN, LISA TRAVIS, and CHRISTOPHE GUILLONE are hereby dismissed, with prejudice, with each party to bear his or her own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  July 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE